FILED: April 29, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1459
(1:18-cv-02049-RDB)

_____

STEVEN B. SNYDER, M.D, P.A.; DERMATOLOGY LASER CENTER & MEDISPA

      Plaintiffs - Appellants

v.

CYNOSURE, INC.

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:18-cv-02049-RDB |
| Date notice of appeal filed in originating court: | 04/26/2019 |
| Appellant(s) | Steven B Snyder, M.D, P.A.; Dermatology Laser Center & Medispa |
| Appellate Case Number | 19-1459 |
| Case Manager | T. Fischer<br>804-916-2704 |